UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

        Plaintiff,

   vs.                                         Case No. 04-CR-296

CHRISTOPHER STOVALL,

        Defendant.

## FINAL ORDER AND JUDGMENT

The court, having considered the motion of the United States of America together with the affidavit of Assistant United States Attorney Gregory J. Haanstad, and being satisfied that the terms and provisions of Title 21, United States Code, Section 853 have been satisfied,

IT IS ORDERED, pursuant to Title 21, United States Code, Section 853, that the United States of America has clear title to the following property and may dispose of according to law:

(1) approximately $3,833 in United States currency seized from 5241 North 90th Street, in Milwaukee, Wisconsin, on December 1, 2004; and

(2) approximately $1,324 in United States currency seized from the person of Christopher Stovall on December 1, 2004.

IT IS FURTHER ORDERED, that pursuant to the motion from the United States, the 2001 Pontiac Bonneville listed in the Indictment and in the Preliminary Order of Forfeiture be dismissed forthwith.

Dated at Milwaukee, Wisconsin, this 4th day of August, 2005.

BY THE COURT:

s/J.P. Stadtmueller
J.P. STADTMUELLER
U.S. District Judge